Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADRIENNE JONES,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　) No. 2:15-cv-00272-JAD-CWH
vs.　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
OCWEN LOAN SERVICING, LLC,　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　)
_____)

### STIPULATION TO EXTEND THE DISCOVERY DEADLINE BY 90 DAYS
### [FIRST REQUEST]

This stipulation is filed pursuant to local rule 6-1. It *has not* been filed pursuant to local rule 26-4. Local rule 26-4 requires any request to extend a discovery or case management deadline be received no later than twenty-one (21) days prior to the expiration of the subject deadline[1]. On April 9, 2015 this Honorable Court adopted the parties' initial Stipulated Discovery Plan and Scheduling Order which provided for a discovery deadline of September 28, 2015 [#9].

Description of remaining discovery to be completed: The parties have responded to one another's initial written discovery. Each side will take the deposition(s) of the other. Plaintiff

---

[1] This Stipulation has been filed twenty (20) days prior to the expiration of the discovery deadline. Counsel for both Plaintiff and Defendant indeed apologize to this Honorable Court and the Honorable Magistrate for this indiscretion. The parties indeed intended to file this Stipulation last Friday, prior to the extended Holiday weekend, but failed to mutually approve the document that day.

Page 1

may be required to take the depositions of the 30(b)(6) designees of the respective national credit reporting entities.

The parties are genuinely discussing settlement and may be able to avoid conducting time consuming, expensive depositions.

Accordingly, the parties request adoption of the following deadlines:

1. Last date to complete discovery: December 28, 2015
2. Last date to file dispositive Motions: January 28, 2016
3. Last date to file Joint Pretrial Order: February 29, 2016 or thirty (30) days after decision deciding dispositive motion.

DATED: September 8, 2015

MITCHELL D. GLINER, ESQ.

/s/ signature

MITCHELL D. GLINER, ESQ.
Nevada Bar No. 3419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

WRIGHT, FINLAY & ZAK, LLP

/s/ Inku Nam
EDGAR C. SMITH, ESQ.
Nevada Bar No. 5506
INKU NAM, ESQ.
Nevada Bar No. 12050
7785 W. Sahara Avenue, #200
Las Vegas, Nevada 89117
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2015