**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIENNE JONES, ) | |
|       Plaintiff, ) | Case No. 2:15-cv-00272-JAD-CWH |
| vs. ) | **ORDER** |
| OCWEN LOAN SERVICING, LLC, ) | |
|       Defendant. ) | |

      Presently before the court is the parties' Stipulation to Extend Discovery and Case Management Deadlines by 90 Days (ECF No. 13), filed on December 7, 2015. The parties request to extend all discovery deadlines in this case, including those that already have expired. The court will deny the parties' stipulation as to the deadlines that already have expired because the parties' stipulation does not demonstrate excusable neglect as required by Local Rule 26-4. However, the court will grant the parties' stipulation as to the deadlines that have not yet expired. Given that the request to extend these deadlines was made 21 days before their expiration and that the parties represent that they genuinely are discussing settlement, the court finds that the parties have demonstrated good cause to extend the unexpired deadlines.

      IT IS THEREFORE ORDERED that the parties' Stipulation to Extend Discovery and Case Management Deadlines by 90 Days (ECF No. 13) is GRANTED in part and DENIED in part. The stipulation is granted as to the unexpired discovery deadlines. The stipulation is denied in all other respects.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the Clerk of Court must enter the following scheduling order:

    1. Close of Discovery      **March 28, 2016**

    2. Dispositive Motions      **April 29, 2016**

IT IS FURTHER ORDERED that if no dispositive motions have been filed within the time frame specified in this Order, then the parties must file a proposed joint pretrial order by **May 30, 2016**. If dispositive motions are filed, then the parties must file a proposed joint pretrial order within 30 days of the date the court enters a ruling on the dispositive motions.

IT IS FURTHER ORDERED that in accordance with Local Rule 26-4, an extension of a discovery deadline will not be allowed without a showing of good cause for the extension. All motions or stipulations to extend discovery must be received by the court at least **21 days** before the subject deadline. The motion or stipulation must include:

    a.    A statement specifying the discovery completed as of the date of the motion or stipulation;

    b.    A specific description of the discovery that remains to be completed;

    c.    The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

    d.    A proposed schedule for completing all remaining discovery.

DATED: December 9, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**